IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| DUTY FREE AMERICAS, INC.<br>f/k/a WORLD DUTY FREE<br>AMERICAS, INC., f/k/a DUTY<br>FREE INTERNATIONAL, INC. | * | |
| | * | |
| Plaintiff | * | Civil Action No. CCB 03 CV 432 |
| | * | |
| v. | * | |
| | * | |
| PROSERVE CORPORATION,<br>a Colorado Corporation and<br>Joseph M. Aragon, Individually | * | |
| | * | |
| Defendants | * | |
| | * | |
| v. | * | |
| | * | |
| SIMON FALIC | * | |
| | * | |
| Counterclaim Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATION OF FILING OF STATE COURT PAPERS**

Pursuant to Local Rule 103.5(a), Defendant, Joseph M. Aragon, respectfully certifies that all papers on file in the state court at the time this case was removed on February 14, 2003, were attached as Exhibit A to the Notice of Removal this Defendant previously filed in this Court, with the exception of a summons attached hereto as Exhibit 1.

Lee B. Rauch, Bar #12135
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700 (phone)
(410) 727-5460 (facsimile)

Attorneys for Defendants

#333806

```
                    CIRCUIT COURT
                  ANNE ARUNDEL COUNTY
                  Robert P. Duckworth
                 Clerk of the Circuit Court
                      P.O. Box 71
                 Annapolis, MD  21404-0000
          (410) 222-1397  TTY for Deaf:(410) 222-1429
```

WRIT OF SUMMONS

Case number:    C-2003-86047 FR
Old Case number:
C I V I L

DUTY FREE AMERICAS INC vs. PROSERVE CORPORATION, et al.
FKA WORLD DUTY FREE AMERICAS/DUTY F

STATE OF MARYLAND, ANNE ARUNDEL COUNTY, TO WIT:

To:   JOSEPH M ARAGON
      JOSEPH M ARAGON
      985 TABOR STREET
      GOLDEN CO   80401

   You are hereby summoned to file a written response by pleading or motion within 60 days after service of this summons upon you, in this Court, to the attached Complaint filed by: DUTY FREE AMERICAS INC
                              FKA WORLD DUTY FREE AMERICAS/DUTY FREE I

              MD  00000

WITNESS the Honorable Chief Judge of the Fifth Judicial Circuit of Maryland

Date Issued   1/06/2003

*Robert P. Duckworth*
Robert P. Duckworth
Clerk of the Circuit Court

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOWED MAY RESULT IN A JUDGMENT DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

BSR074
Copy 1-Yellow



