**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | | |
|---|---|---|
| **DUTY FREE AMERICAS, INC.** <br> **f/k/a WORLD DUTY FREE** <br> **AMERICAS, INC., f/k/a DUTY** <br> **FREE INTERNATIONAL, INC.** | * <br><br> * <br><br> * | |
| **Plaintiff** | * | Civil Action No. CCB 03 CV 432 |
| v. | * <br> * | |
| **PROSERVE CORPORATION,** <br> **a Colorado Corporation and** <br> **Joseph M. Aragon, Individually** | * <br><br> * | |
| **Defendants** | * | |
| v. | * | |
| **SIMON FALIC** | * | |
| **Counterclaim Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, Defendant, ProServe Corporation, respectfully states the following:

Defendant, ProServe Corporation ("ProServe"), is an active Colorado corporation. No publicly traded company owns more than 10% of ProServe's stock. ProServe is a member of Denver Airport Enterprises, LLC, a Colorado limited liability company. It is also a member of Peak Interests, LLC, a Colorado limited liability company.

Consistent with Local Rule 103.3, this disclosure should not be interpreted as a statement regarding proper parties to this lawsuit, but rather constitutes solely a good-faith effort to comply

with Local Rule 103.3.  Defendant makes no representation that any of the entities disclosed would be a proper party or is subject to the Court's jurisdiction in this matter.

                                                      _____
                                                      Lee B. Rauch, Bar #12135
                                                        Tydings & Rosenberg LLP
                                                        100 East Pratt Street, 26th Floor
                                                        Baltimore, Maryland  21202
                                                        (410) 752-9700 (phone)
                                                        (410) 727-5460 (facsimile)

                                                    Attorneys for Defendants

333829