IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| DUTY FREE AMERICAS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. CCB 03 CV 432 |
| ) | |
| PROSERVE CORPORATION, et al. ) | |
| ) | |
| Defendants ) | |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Plaintiff Duty Free Americas, Inc. ("Duty Free"), by counsel, pursuant to FED. R. CIV. P. 7.1 and Local Rule 103.3, and states as follows:

A.  <u>Corporate Affiliation</u>

    1.  Duty Free is a wholly owned subsidiary of DFA Holdings, Inc., a Florida Corporation.

    2.  The following are all wholly owned subsidiaries of Duty Free:

        (a) Ammex Tax & Duty Free Shops, Inc.;

        (b) Ammex Tax & Duty Free Shops West, Inc.;

        (c) UETA, Inc.;

        (d) World Duty Free Airports, Inc.;

        (e) Duty Free Aviation, Inc.;

        (f) Duty Free Purchasing Corp.;

        (g) DFI Caribbean, Inc.;

116071

      (h)    IDF Realty Corp.;

      (i)    Interlink Distribution Company;

      (j)    International Duty Free, Ltd.; and

      (k)    WDF Inflight, Inc.

In turn, these subsidiaries themselves own a number of wholly-owned subsidiaries.

      3.    No publicly held corporation owns 10% or more of the stock of Duty Free.

B.    <u>Financial Interests in the Outcome of the Litigation</u>

No corporation, unincorporated association, partnership or other business entity, not a party to this case, has any financial interest whatsoever in the outcome of the litigation.

Dated: 3/21/03

Respectfully submitted,

*[signature]*

Eric C. Rowe (Federal Bar # 14816)
David S. Panzer (Federal Bar # 14860)
GREENBERG TRAURIG, LLP
800 Connecticut Ave., N.W.
Suite 500
Washington, DC 20006
Telephone: (202) 331-3100
Facsimile: (202) 331-3101

*Counsel for Plaintiff
Duty Free Americas, Inc.*

116071