IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| DUTY FREE AMERICAS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROSERVE CORPORATION, et al. )<br>)<br>Defendants )<br>) | Civil Action No. CCB 03 CV 432 |

### RESPONSE TO PROSERVE CORPORATION'S MOTION TO TRANSFER VENUE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO

COMES NOW, Plaintiff Duty Free Americas, Inc. ("Duty Free"), by the undersigned counsel and, based on the parties' joint stipulation filed today, hereby consents to ProServe Corporation's Motion to Transfer this case to the U.S. District Court for the District of Colorado.

Dated: 4/21/03

Respectfully submitted,

*[signature]*

Eric C. Rowe (Federal Bar # 14816)
David S. Panzer (Federal Bar # 14860)
GREENBERG TRAURIG, LLP
800 Connecticut Ave., N.W.
Suite 500
Washington, DC  20006
Telephone: (202) 331-3100
Facsimile:  (202) 331-3101

*Counsel for Plaintiff*
*Duty Free Americas, Inc.*

117697