FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 APR 22 A

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| DUTY FREE AMERICAS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. CCB 03 CV 432 |
| PROSERVE CORPORATION, et al. | ) | |
| Defendants | ) | |

## ORDER

Upon consideration of Defendant, ProServe Corporation's, Motion to Transfer Venue, supporting memorandum, and the parties' stipulation filed on April 21, 2003, it is this **22nd** day of **April**, 2003, by the U.S. District Court for the District of Maryland, ordered:

(1) That Defendant, ProServe Corporation's counterclaim against Simon Falic be, and the same hereby is, dismissed without prejudice;

(2) That Defendant, ProServe Corporation's, Motion to Transfer Venue be, and the same hereby is, granted;

(3) That this action, in its entirety, including all remaining claims and counterclaims, be, and the same hereby is, transferred to by the U.S. District Court for the District of Colorado;

(4) That any party may amend its pleadings within 60 days of the case being docketed in the U.S. District Court for the District of Colorado; and

(5) That the Clerk of the Court shall serve a copy of this Order to all parties.

/s/
Catherine C. Blake, Judge