UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

April 22, 2003

U.S. District Court for the District of Colorado
James R. Manspeaker, Clerk
 901 19th Street
Suite A 105
Alfred A. Arrag Courthouse
Denver, CO 80294-3589

      Re:    Duty Free Americas, Inc. vs. Proserve Corporation etal
               Civil Action No.: CCB 03-432
               Criminal Action No.:

Dear Clerk:

[ X ] On 4/22/03, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers on file.

[   ] On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[   ] Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

    Thank you for your cooperation and courtesy in this matter.

                                      Sincerely,

                                      Felicia C. Cannon, Clerk

                         By:     S. Franke

                                      Deputy Clerk

Enclosure

Received by: _____

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

April 22, 2003
Page 2

Date: _____

New Case No.: _____     Letter Transferring Case (Rev. 02/26/2002)

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                   Reply to Northern Division Address

April 22, 2003

U.S. District Court for the District of Colorado
James R. Manspeaker, Clerk
 901 19th Street
Suite A 105
Alfred A. Arrag Courthouse
Denver, CO 80294-3589

      Re:    Duty Free Americas, Inc. vs. Proserve Corporation etal
              Civil Action No.: CCB 03-432
              Criminal Action No.:

Dear Clerk:

[ X ] On 4/22/03, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers on file.

[ ] On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ ] Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

    Thank you for your cooperation and courtesy in this matter.

                            Sincerely,

                            Felicia C. Cannon, Clerk

                    By:    S. Franke

                        Deputy Clerk

Enclosure

Received by: _____

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

April 22, 2003
Page 2

Date: _____
New Case No.: _____ Letter Transferring Case (Rev. 02/26/2002)

U.S. District Court (Rev. 02/26/2002) - Letter transferring case

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                              Reply to Northern Division Address

April 22, 2003

U.S. District Court for the District of Colorado
James R. Manspeaker, Clerk
901 19th Street
Suite A 105
Alfred A. Arrag Courthouse
Denver, CO 80294-3589

     Re:    Duty Free Americas, Inc. vs. Proserve Corporation etal
              Civil Action No.: CCB 03-432
              Criminal Action No.:

Dear Clerk:

[ X ] On 4/22/03, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers on file.

[ ] On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ ] Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

    Thank you for your cooperation and courtesy in this matter.

                              Sincerely,

                              Felicia C. Cannon, Clerk


                      By:    S. Franke

                              Deputy Clerk

Enclosure

Received by: _____

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

April 22, 2003
Page 2

Date: _____
New Case No.: _____     Letter Transferring Case (Rev. 02/26/2002)